371 A.2d 224
Commonwealth v. Dean, Appellant.

Submitted September 8, 1975. O. Robert Silverstein, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 224
Commonwealth v. Delgado, Appellant.

Submitted December 16, 1975. William C. Haynes and Edward F. Browne, Jr., Assistant Public Defenders, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).